IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DENNIS J. DEENY,

    Defendant.

ORDER

10-cr-121-wmc

The court having been advised that the Bureau of Prisons is still in the process of assigning an institution for defendant, IT IS HEREBY ORDERED the execution of the sentence of imprisonment of Dennis J. Deeny is stayed until January 25, 2011, when he is to report to an institution to be designated by further court order. The defendant's release on bail and conditions of pretrial services supervision are continued until January 25, 2011.

Entered this 7th day of January, 2011.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge